MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

RICHARD C. CHENG (CABN 135992)
Assistant United States Attorney

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney
    150 Almaden Boulevard, Suite 900
    San Jose, CA 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    E-Mail: richard.cheng@usdoj.gov
           grant.fondo@usdoj.gov

Attorneys for Plaintiff

RECEIVED NOV 2 - 2010 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-00938 JW |
| Plaintiff, | STIPULATION REGARDING NO CONTACT WITH JURORS; [PROPOSED] ORDER |
| v. | |
| JAMIE HARMON, | |
| Defendant. | |

    The United States of America and defendant Jamie Harmon, by and through their undersigned counsel, hereby stipulate and agree to the following concerning the contact of jurors in the above-referenced matter:

    1. On July 20, 2010, the jury in the above-referenced matter ("Jury") returned a verdict of guilty as to Counts Three through Seven of the indictment, laundering of monetary instruments, in violation of 18 U.S.C. §1956(A)(1)(b)(i), and was unable to reach a unanimous verdict as to

1  Count Two of the indictment, conspiracy to launder monetary instruments, in violation of 18
2  U.S.C. §§ 1956(h).
3    2.  The defendant has filed papers asserting a juror's lack of qualifications to serve on the
4  Jury ("Juror Qualification Motion"), with a hearing currently scheduled on this matter for
5  December 17, 2010.
6    3.  The parties hereby agree and stipulate that the parties, their counsel, and their agents
7  (including investigators, law enforcement officials, associates, family members, and employees)
8  shall not contact or have any contact with any juror in any manner during the pendency of
9  defendant's Juror Qualification Motion, including appeal should an appeal be taken by either
10 party. If a party, counsel, or their agents are contacted by a juror, they may not respond other
11 than to state that the Court has ordered the parties not to have contact with any jurors.
12   4.  Either party may terminate this stipulation by providing 30 days written notice to the
13 other party's counsel of its termination and by obtaining a court order terminating this
14 stipulation.

17 DATED: ~~October~~ November 2, 2010        Respectfully submitted,

18                                            MELINDA HAAG
                                              United States Attorney

21                                            _____
                                              GRANT P. FONDO
                                              Assistant United States Attorney

23 DATED: October 28, 2010                    Respectfully submitted,

25                                            _____
                                              J. TONY SERRA
26                                            Counsel for Defendant

U.S. v. HARMON
09-00938 JW                                   2

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court finds that:

1. The parties, their counsel, and their agents (including investigators, law enforcement officials, and employees) shall not contact or have any contact with any juror in any manner during the pendency of defendant's Juror Qualification Motion, including appeal should an appeal be taken. If a party, counsel, or their agents are contacted by a juror, they may not respond other than to state that the Court has ordered the parties not to have contact with any jurors.

2. Either party may terminate this stipulation by providing 30 days written notice to the other party's counsel of its termination and by obtaining a court order terminating this stipulation.

IT IS SO ORDERED.

DATED: November 4, 2010

JAMES WARE
United States District Judge