1  | MELINDA HAAG (CABN 132612)
   | United States Attorney
2  |
   | MIRANDA KANE (CABN 150630)
3  | Chief, Criminal Division
4  | RICHARD C. CHENG (CSBN 135992)
   | Assistant United States Attorney
5  |
   |    150 Almaden Boulevard, 9th Floor
6  |    San Jose, California 95113
   |    Telephone: (408) 535-5032
7  |    Fax: (408) 535-5066
   |    e-mail: richard.cheng@usdoj.gov
8  |
   | Attorneys for Plaintiff
9  |

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal Case No. CR 08-00938-JW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION OF PARTIES |
| | ) | FOR CONTINUANCE OF |
| v. | ) | SENTENCING HEARING |
| | ) | AND [PROPOSED] ORDER |
| CHRISTIAN PANTAGES | ) | |
| Defendant. | ) | |

      With the agreement of the parties, and with the consent of the defendant Christian Pantages ("Pantages"), the Court enters this order (1) vacating the sentencing hearing for defendant Pantages, now set for June 20, 2011 at 1:30 p.m.; and (2) setting a status hearing regarding sentencing for the defendant Pantages for September 19, 2011 at 1:30 p.m, in San Francisco, California. The parties agree, and the Court finds and holds, as follows:

      1.    Christian Pantages, entered his guilty plea to Conspiracy to Buy Stolen Goods Constituting an Interstate Shipment, in violation of 18 U.S.C. § 371 and 2; and Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h). The

guilty pleas were entered on March 8, 2010, pursuant to a cooperation plea agreement with the Government.

2. Pantages testified in the trial against co-defendant Jamie Harmon. Harmon was convicted by jury of five substantive counts of money laundering and is awaiting trial on one count of conspiracy to commit money laundering, for which the jury was unable to reach a verdict. This Court declared a mistrial on that count.

3. Defendant Harmon's sentencing hearing was originally scheduled for October 25, 2010. This Court has recently heard evidence and argument regarding a number of post trial motions and has taken the matter under submission. This Court has further vacated the previously set sentencing date for defendant Harmon, and has not scheduled a sentencing date.

4. Because the parties believe it is appropriate for Pantages' hearing to proceed after the sentencing of co-defendant Harmon, specifically because Pantages may be called again by the Government to testify at related post-trial proceedings and/or trial of co-defendant Harmon related to the charge of conspiracy to commit money laundering, the parties jointly request the vacating of the current sentencing hearing date of June 20, 2011 for Mr. Pantages.

5. Subject to the availability of the probation officer assigned to this matter and approval by this Court, counsel for the defendant, Christopher Cannon, Esq., and Assistant U.S. Attorney Richard Cheng have agreed to jointly stipulate to a continuance of defendant Pantages's sentencing hearing to a sentencing hearing

//
//
//
//
//
//
//

1 | date of September 19, 2011, and recommends that date to this Court for sentencing hearing.

3 | SO STIPULATED.  MELINDA HAAG
United States Attorney

/S/

5 | DATED:  6-15-11
RICHARD C. CHENG
Assistant U.S. Attorney

/S/

7 | DATED:  6-15-11
CHRISTOPHER CANNON, ESQ.
Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. CR 08-00938-JW |
| Plaintiff, | |
| | ORDER |
| v. | |
| CHRISTIAN PANTAGES, | |
| Defendant. | |

For the reasons stated in the parties Stipulation To Continue Sentencing, and for good cause shown, the Court vacates the June 20, 2011 sentencing date with respect to the defendant Christian Pantages, and sets a new hearing date re: sentencing to the date of September 19, 2011 at 1:30 p.m, to be heard in the United States District Court in San Francisco, California.

DATED: 6/17/11

_____
HON. JAMES WARE
United States District Judge