1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  RICHARD C. CHENG (CABN 135992)
   Assistant United States Attorney
5
   GRANT P. FONDO (CABN 181530)
6  Assistant United States Attorney
        150 Almaden Boulevard, Suite 900
7       San Jose, CA 95113
        Telephone: (408) 535-5061
8       Fax:  (408) 535-5066
        E-Mail: richard.cheng@usdoj.gov
9              grant.fondo@usdoj.gov

10 Attorneys for Plaintiff

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. 08-00938 JW |
|     Plaintiff,                    ) | |
|                                   ) | PARTIES' STIPULATION TO |
| v.                                ) | RESCHEDULE DECEMBER 19, 2011, |
|                                   ) | STATUS CONFERENCE TO FEBRUARY |
| JAMIE HARMON,                     ) | 20, 2012; [PROPOSED] ORDER |
|     Defendant.                    ) | |

The United States of America and defendant Jamie Harmon, by and through their undersigned counsel, hereby submit this joint request to move the parties' status conference, currently scheduled for Monday, December 19, 2011, at 1:30 p.m. to February 20, 2012.

PARTIES JOINT STATEMENT AND STIPULATION

On September 23, 2011, the United States filed a protective Notice of Appeal of this Court's order to overturn the jury's conviction of the defendant for five counts of laundering monetary instruments. The Court of Appeals issued the following briefing schedule:

| | | |
|---|---|---|
| Thursday, December 15, 2011: | Appellant's opening brief and excerpts or record shall be served and filed pursuant to FRAP 32 and 9th Cir.R. 32-1 | |
| Monday, January 16, 2012: | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir.R. 32-1 | |

On December 1, 2011, the United States filed a request for extension to file its opening brief to January 17, 2012, because the United States is currently in the process of obtaining the requisite authorization from the Office of the Solicitor General for the filing of the appeal. On December 1, 2011, the Ninth Circuit Court of Appeals granted the United States' motion, and revised the briefing schedule as follows:

| | | |
|---|---|---|
| Friday, January 17, 2012: | Appellant's opening brief and excerpts or record shall be served and filed pursuant to FRAP 32 and 9th Cir.R. 32-1 | |
| Thursday, February 16, 2012: | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir.R. 32-1 | |

The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir.R. 32-1.

Therefore, the parties request the parties' December 19, 2011, status conference be rescheduled to February 20, 2012.

The parties agree that any period of delay resulting from this interlocutory appeal shall be excluded in computing the time within which trial in this matter must commence, pursuant to Title 18 U.S.C. § 3161(h)(1)(C).

DATED: December 13, 2011.                    Respectfully submitted,

                                             MELINDA HAAG
                                             United States Attorney

                                                    /S/

                                             _____
                                             RICHARD C. CHENG
                                             Assistant United States Attorney

U.S. v. HARMON
09-00938 JW                                         2

1 | DATED: December 13, 2011.           Respectfully submitted,

                                        /S/
                                        _____
                                        EDWARD SWANSON, ESQ.
                                        Counsel for Defendant

[PROPOSED] ORDER

Based upon the representation of counsel and for good cause shown, the parties' status conference scheduled for December 19, 2011, at 1:30 p.m. is reschedule for February 27, 2012. The Court further finds that any period of delay resulting from this interlocutory appeal shall be excluded in computing the time within which trial in this matter must commence, pursuant to Title 18 U.S.C. § 3161(h)(1)(C).

IT IS ORDERED

DATED: December 15, 2011

JAMES WARE  / Chief
United States District Judge

U.S. v. HARMON
09-00938 JW                                4