*IT IS SO ORDERED AS MODIFIED*
/s/ Judge James Ware

CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA  94104-6702
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorney for Defendant CHRISTIAN PANTAGES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                          )<br>         Plaintiff,                                 )<br>                                                          )<br>    v.                                                 )<br>                                                          )<br> CHRISTIAN PANTAGES et al.,        )<br>                                                          )<br>         Defendant.                           )<br>_____)  | No. CR 08-0938-JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** |

IT IS HEREBY ORDERED THAT:

Because the case against the codefendant is not yet resolved, the sentencing date currently set for February 13, 2012 is hereby continued until June 11, 2012.  Time continues to be excluded under 18 U.S.C. § 3161 (h)(7)(B)(ii).

Date: February 7, 2012
                                                                /s/
                                                        Christopher J. Cannon
                                                        Attorney for Christian Pantages

Date: February 7, 2012
                                                                /s/
                                                        Richard Cheng
                                                        Assistant United States Attorney

        SO ORDERED.

Date: February 8, 2012
                                                        _____
                                                        The Honorable James Ware
                                                        United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING                    1
CR-08-0938-JW