

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  RICHARD C. CHENG (CABN 135992)
   Assistant United States Attorney
5
   GRANT P. FONDO (CABN 181530)
6  Assistant United States Attorney
        150 Almaden Boulevard, Suite 900
7       San Jose, CA 95113
        Telephone: (408) 535-5061
8       Fax:  (408) 535-5066
        E-Mail: richard.cheng@usdoj.gov
9              grant.fondo@usdoj.gov

10 Attorneys for Plaintiff

11
                   UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                         SAN JOSE  DIVISION
14

15
   UNITED STATES OF AMERICA,        )   No. 08-00938 JW
16                                  )
          Plaintiff,                )   PARTIES' STIPULATION TO
17                                  )   RESCHEDULE JUNE 11, 2012, STATUS
      v.                            )   CONFERENCE TO OCTOBER 25, 2012;
18                                  )   [PROPOSED] ORDER
   JAMIE HARMON,                    )
19                                  )
          Defendant.                )
20 _____)

21

22     The United States of America and defendant Jamie Harmon, by and through their

23 undersigned counsel, hereby submit this joint request to move the parties' status conference,

24 currently scheduled for Monday, June 11, 2012, at 1:30 p.m. to October 25, 2012.

25                 PARTIES JOINT STATEMENT AND STIPULATION

26     On September 23, 2011, the United States filed a Notice of Appeal of this Court's order to

27 overturn the jury's conviction of the defendant for five counts of laundering monetary

28 instruments.

U.S. v. HARMON
08-00938 JW                              1

On December 1, 2011, the United States filed a request for extension to file its opening brief to January 17, 2012, because the United States was in the process of obtaining the requisite authorization from the Office of the Solicitor General for the filing of the appeal.  On December 1, 2011, the Ninth Circuit Court of Appeals granted the United States' motion.

On Friday, January 17, 2012, the United States filed its opening brief.  Subsequently, appellant has filed two requests for extensions to file its answering brief, both of which were granted.  Appellant's opening brief is currently due later this month, and the United State's reply brief 14 days thereafter.

Therefore, the parties request the parties' June 11, 2012, status conference be rescheduled to October 25, 2012.

The parties agree that any period of delay resulting from this appeal shall be excluded in computing the time within which trial in this matter must commence, pursuant to Title 18 U.S.C. § 3161(h)(1)(C).

DATED: June 6, 2012                     Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney

                                             /S/
                                        _____
                                        GRANT P. FONDO
                                        Assistant United States Attorney


DATED: June 6, 2012                     Respectfully submitted,

                                             /S/
                                        _____
                                        EDWARD SWANSON, ESQ.
                                        Counsel for Defendant

|   |   |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | |
| 3 | Based upon the representation of counsel and for good cause shown, the parties' status |
| 4 | conference scheduled for June 11, 2012, at 1:30 p.m. is reschedule for October ~~25~~ 15, 2012. |
| 5 | The Court further finds that any period of delay resulting from this interlocutory appeal shall be |
| 6 | excluded in computing the time within which trial in this matter must commence, pursuant to |
| 7 | Title 18 U.S.C. § 3161(h)(1)(C). |
| 8 | IT IS ORDERED |
| 9 | |
| 10 | DATED: June 7, 2012            _____ |
| 11 |                                             JAMES WARE |
|    |                                             United States District Judge |

U.S. v. HARMON
08-00938 JW                                    3