UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. CR 08-00938-LHK |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| JAMIE HARMON, ) | |
| Defendant. ) | |

For the reasons stated in the parties Stipulation To Continue Status Hearing Date, and for good cause shown, the Court vacates the October 15, 2012 status hearing date with respect to the defendant Jamie Harmon, and sets a new hearing date re: status to the date of March 13, 2013 at 9:00 a.m, to be heard in the United States District Court in San Jose, California.

DATED: 10/12/12

HON. LUCY H, KOH
United States District Judge

[PARTIES JOINT STIPULATION TO CONTINUANCE OF STATUS CONFERENCE]
08 CR 00938LHK