SWANSON & McNAMARA LLP
Edward Swanson (SBN 159859)
  eswanson@swansonmcnamara.com
Britt Evangelist (SBN 260457)
  bevangelist@swansonmcnamara.com
300 Montgomery Street, Suite 1100
San Francisco, California  94104
Telephone:     (415) 477-3800
Facsimile:      (415) 477-9010

Attorneys for Defendant:  JAMIE HARMON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>JAMIE HARMON,<br><br>         Defendant. | CASE NO. 08-00938 LHK<br><br>**PARTIE'S STIPULATION AND REQUEST TO RESCHEDULE MARCH 13, 2013 STATUS CONFERENCE TO MAY 8, 2013** |

The United States of America, by and through Assistant United States Attorney Richard Cheng, and Jamie Harmon, by and through her counsel Edward W. Swanson, hereby submit this stipulated request to move the status conference currently scheduled for March 13, 2013 at 9:00 a.m., to May 13, 2013 at 9:00 a.m.  The parties agree and stipulate as follows:

(1)     On September 23, 2011, the United States filed a Notice of Appeal of this Court's order on Harmon's new trial motion;

(2)     The Ninth Circuit Court of Appeals issued a briefing scheduling and the parties subsequently briefed the issues on appeal;

(3)     On February 12, 2013, the parties appeared before the Ninth Circuit for oral argument;

STIPULATION TO RESCHEDULE STATUS CONFERENCE

1     (4)    The case has been submitted and is currently under consideration by the Ninth Circuit;

    (5)    In light of the status of the appeal, and subject to the availability and approval by this Court, the parties request that the March 13, 2013, status conference be rescheduled to May 8, 2103.

IT IS SO STIPULATED.

DATED: March 11, 2013

        /s/
Richard Cheng
Assistant United States Attorney

DATED: March 11, 2013

        /s/
Edward W. Swanson
SWANSON & McNAMARA LLP
Attorneys for JAMIE HARMON

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/12/13

HON. Lucy H. Koh
United States District Court Judge

---
1
STIPULATION TO RESCHEDULE STATUS CONFERENCE