Edward W. Swanson, SBN 159859
August Gugelmann, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for JAMIE HARMON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>    vs.<br><br>JAMIE HARMON,<br><br>                          Defendant. | No. CR 08-0938 LHK<br><br>**[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO SEAL** |

For good cause shown, it is hereby ORDERED that the following documents be filed UNDER SEAL and not unsealed without further order of the Court:

Exhibit A to Defendant's Renewed Motion for New Trial (Docket 350)

IT IS SO ORDERED.

Dated: 4/14/14

_____
Hon. Lucy H. Koh
United States District Court Judge