BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
E-Mail: Susan.Knight@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMIE HARMON,<br><br>Defendant. | NO. CR 08-00938 LHK<br><br>ORDER GRANTING<br>NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses Count Two in the above-captioned Indictment with prejudice.

DATED: 1/27/17

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

MATTHEW A. PARRELLA
Chief, CHIP Unit

Leave is granted to the government to dismiss Count Two in *United States v. Jamie Harmon*, CR 08-00938 LHK.

DATED: 1/27/2017

Lucy H. Koh
HONORABLE LUCY H. KOH
United States District Judge